JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ELIANE STANTON,<br><br>                    Plaintiff,<br><br>                    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. EDCV 15-2085-KK<br><br><br>JUDGMENT |

Pursuant to sentence four of Title 42 of the United States Code, section 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further administrative proceedings.

Dated: August 17, 2016

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge